UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 24665
    CHARLES BRISCOE
                                              CHAPTER 13

                                              JUDGE: SUSAN PIERSON SONDERBY

            Debtor
    SSN XXX-XX-8482

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 09/18/2008 and was not confirmed.

      The case was dismissed without confirmation 12/04/2008.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIMORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| CITIMORTGAGE | MORTGAGE ARRE | 26000.00 | .00 | .00 |
| NORTHSIDE L FED CREDIT U | SECURED VEHIC | 27258.06 | .00 | .00 |
| T MOBILE | UNSECURED | 342.01 | .00 | .00 |
| ASSET ACCEPTANCE | UNSECURED | 286.38 | .00 | .00 |
| ADVANCED DENTISTRY | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD | UNSECURED | 472.94 | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| LOYOLA UNIVERSITY HEALTH | UNSECURED | NOT FILED | .00 | .00 |
| NORTHSIDE L FED CREDIT U | UNSECURED | NOT FILED | .00 | .00 |
| NORTHSIDE L FED CREDIT U | UNSECURED | NOT FILED | .00 | .00 |
| NORTHSIDE L FED CREDIT U | UNSECURED | NOT FILED | .00 | .00 |
| T MOBILE | UNSECURED | NOT FILED | .00 | .00 |
| RMI/MCSI | UNSECURED | 250.00 | .00 | .00 |
| TURNER ACCEPTANCE | UNSECURED | NOT FILED | .00 | .00 |
| MASON MANOR CONDOMINIUM | SECURED NOT I | 4113.87 | .00 | .00 |
| BENNIE W FERNANDEZ | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | .00 |
| DEBTOR REFUND | REFUND | | | .00 |

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------

| | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | .00 | |
| PRIORITY | | .00 |
| SECURED | | .00 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | .00 |
| TRUSTEE COMPENSATION | | .00 |
| DEBTOR REFUND | | .00 |
| TOTALS | .00 | .00 |

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 03/05/09                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE












                         PAGE   2
        CASE NO. 08 B 24665 CHARLES BRISCOE